

# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019
TELEPHONE 212 425 2600   FAX 212 202 3926
WWW.THEHARMANFIRM.COM

**MEMO ENDORSED**

April 8, 2013

**VIA HAND DELIVERY**
Hon. Thomas P. Griesa
United States District Judge for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

>  Re:  *Does 1-3 v. UKW Holding Company et al.,*
>        **13 CV 1515 (TPG) (S.D.N.Y.)**

Dear Judge Griesa:

We represent the Plaintiffs in the above-referenced matter. An *ex parte* Order, hereto attached as Exhibit A, was issued permitting the Plaintiffs to remain anonymous until April 10, 2013. The parties are in the process of drafting a comprehensive and global stipulation, which would govern the release of the names in this action, and in another related action brought in Federal Court in Florida (*Jane Does v. UKW Holding Company, et al.*, 13-20760 Civ-MGC (S.D.F.L.)).

Furthermore, the stipulation also contemplates the terms by which the above-referenced matter may be transferred to the Southern District of Florida and consolidated with the matter pending in this district.

Accordingly, we respectfully request that the Court extends the *ex parte* Order by 30 days, given the Parties need additional time to finalize the global stipulation in this matter.

Thank you for your time and attention in this matter.

> Very truly yours,
> THE HARMAN FIRM, PC
>
> Peter J. Andrews

Enclosure.

cc:   Robert Einhorn, Esq. (*via email, without enclosures*)
      Devona Reynolds, Esq. (*via email, without enclosures*)
      Walker G. Harman, Jr. (*via email, with enclosures*)

*Approved.*
*Thomas P. Griesa*
*USDJ*
*4/12/13*